

# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806    www.pryorcashman.com

**Robert J. deBrauwere**
Partner

Direct Tel: 212-326-0418
Direct Fax: 212-710-6086
rdebrauwere@pryorcashman.com

January 24, 2011

**VIA ECF**

Hon. Steven M. Gold
Chief United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Carson Optical, Inc. v. Sakar International, Inc., et al.**
        **CV-10-4769 (RJD)**

Dear Judge Gold:

We are counsel to plaintiff in the referenced action. We write in response to your January 21, 2011 request for a status report and to request an adjournment of the Initial Conference scheduled for January 27, 2011.

Plaintiff filed an amended complaint on October 27, 2011, and the parties subsequently entered into settlement discussions. These discussions have resulted in a settlement in principle, in connection with which plaintiff agreed to hold off on effectuating service of the Summons and Complaint. The parties have negotiated and exchanged a draft settlement agreement, and we expect that the agreement will be fully executed within the next several days.

In light of the likely settlement of the action, we respectfully request that the Initial Conference be adjourned for 30 days to permit the parties to finalize settlement or to permit plaintiff to serve the Summons and Complaint in the event that the settlement is not finalized.

We appreciate the Court's attention to this matter.

Respectfully yours,

Robert J. deBrauwere

cc:   Ezra Sutton, Esq.
       Carson Optical, Inc.

#1073548